# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:11-CR-0077 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **HENRY THOMPSON** | : | |

## **ORDER**

AND NOW, this 10th day of December, 2013, upon consideration of the motion (Doc. 366) to grant a resentencing hearing, filed *pro se* by defendant Henry Thompson on December 9, 2013, and it appearing that defendant is represented by counsel, Lori J. Ulrich, Esquire, but filed the instant motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the motion (Doc. 366) is DENIED without prejudice to defendant's right to file a motion seeking similar relief with the assistance of counsel.

   /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania