IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-77** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **HENRY THOMPSON** | : | |

## **ORDER**

AND NOW, this 30th day of August, 2016, upon consideration of the *pro se* motion (Doc. 389) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by petitioner Henry Thompson ("Thompson"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Thompson's motion (Doc. 389) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED.  See 28 U.S.C. § 2253(c)(2); RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania